UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIN TONKYRO, *et al.*,

    Plaintiffs,

v.                                                      Case No. 8:16-cv-2419-T-36AEP

SECRETARY, DEPARTMENT
OF VETERANS AFFAIRS,

    Defendant.
_____/

## **ORDER**

This cause came before the Court for a hearing upon Defendant's Motion for a Protective Order (Doc. 37) and the response in opposition thereto (Doc. 40). For the reasons stated during the hearing, it is hereby

ORDERED:

1. Defendant's Motion for a Protective Order (Doc. 37) is GRANTED IN PART AND DENIED IN PART as follows:

    a. Plaintiffs may depose Michael Benning, Chris Young, and Dr. Nancy Murphy.

    b. Plaintiffs may not depose Daniel Pacheco, Rachel Marcisin, Larry Harris, or Dr. Amit Kothari.

    c. Within fourteen days, Defendant shall provide Plaintiffs with a complete report, including paragraph 13 associated with Mr. Pacheco. To the extent that a complete report does not exist, Defendant shall provide Plaintiffs with a certification stating that no such report exists.

          d.  Within fourteen days, Plaintiff may provide Dr. Kothari with three questions with no subparts, pursuant to Rule 31, Federal Rule of Civil Procedure, pertaining to whether Dr. Kothari was aware of the meeting that occurred between the director and Plaintiffs; if so, how Dr. Kothari became aware of the meeting; and whether he disclosed to other individuals information he knew about the meeting.

DONE AND ORDERED in Tampa, Florida, on this 13th day of November, 2017.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:      Counsel of Record