UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIN TONKYRO,
DANA STRAUSER,
KARA MITCHELL-DAVIS,
YENNY HERNANDEZ,             Case No. 8:16-cv-2419-T-36AEP

      Plaintiffs,

      v.

ROBERT WILKIE , ACTING  SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

      Defendant.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THEIR SECOND AMENDED COMPLAINT TO DROP  HERNANDEZ AS A PARTY IN COUNT 1, AND REFLECT THAT ROBERT WILKIE ACTING SECRETARY OF THE VETERANS AFFAIRS IS THE PROPER DEFENDANT**

      Plaintiffs, Erin Tonkyro, Dana Strauser, Kara N. Mitchell–Davis and Yenny Hernandez, by and through their undersigned attorney, hereby file their motion to amend their Second Amended Complaint ( Doc. 39)  with Respect to Count I pursuant to Rule 15 of the Federal Rules of Civil Procedure to drop Yenny Hernandez as a Party Plaintiff only in Count 1 and to reflect the fact that Robert Wilkie is now  the Acting Secretary of the Department of Veterans Affairs and states as follows is the Proper Defendant and states as follows:

      1.     In the Second Amended Complaint, Paragraph 33 of Count I for retaliation, all four Plaintiffs sued David J. Shulkin, MD as Secretary of the Department of Veterans Affairs, for Retaliation.  The Plaintiffs pled the following:

> Plaintiffs, Tonkyro, Strauser, Davis and Hernandez retaliation under Title VII. In addition, Hernandez sues David J. Shulkin, MD as Secretary of the Department of Veterans Affairs for retaliation based upon sex.

1

2.     The Plaintiffs want to drop Yenny Hernandez as a party from Count I for retaliation. Yenny Hernandez will remain as a Party Plaintiff in Counts II, III, and IV of the proposed Third Amended Complaint.

3.     The Plaintiffs also want to amend the complaint to take out the name of David Shulkin, MD, Secretary of the Department of Veterans Affairs who is no longer Secretary and replace him with the new Acting Secretary of the Department of Veterans Affairs, Robert Wilkie.

4.     Finally, Plaintiff Hernandez is dropping the phrase "sexual harassment based on" in the introduction to Count III because it is unnecessary language which is confusing.

5.     The Defendant has no objections to this motion. There is no prejudice to the Defendant as trial is set for July 2, 2018.

5.     The Federal Rule of Civil Procedure 15 authorizes the Plaintiffs to file this type of motion. See *J. C. Gibson Plastering Co. Inc. v. Xl Specialty Insurance Company.*  2007 WL 2128183 (M.D. Fla. 2007).

6.     If the Court grants the Plaintiff's Motion, the Plaintiffs will submit a third Amended Complaint which is attached hereto as Exhibit A.

    Respectfully submitted,

    ***/S/ Joseph D. Magri***
    JOSEPH D. MAGRI
    Florida Bar No. 0814490
    MERKLE & MAGRI, P.A.
    5601 Mariner Street, Suite 400
    Tampa, Florida 33609-3452
    TEL:   (813) 281-9000
    FAX:   (813) 281-2223
    Email: jmagri@merklemagri.com
    Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing on this 25th day of May 2018 to:

Maria Chapa Lopez
United States Attorney
Scott Park
Lindsay Griffin
Assistant United States Attorneys
400 W. Washington Street, Suite 3100
Orlando, FL 32801
Scott.park@usdoj.gov
Lindsay.griffin@usdoj.gov
Attorneys for Defendant

/s/  *Joseph D. Magri*
Joseph D. Magri