UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIN TONKYRO,
DANA STRAUSER,
KARA MITCHELL-DAVIS,
YENNY HERNANDEZ,

    Plaintiffs,                          Case No. 8:16-cv-2419-T-36AEP

v.

ROBERT WILKIE, M.D., Acting Secretary,
DEPARTMENT OF VETERANS
AFFAIRS,

    Defendant.
_____/

## DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

In light of the filing of the Third Amended Complaint (Doc. 83), pursuant to Rule 56, Fed. R. Civ. Pro., defendant, the Secretary of Veterans Affairs, renews its pending motion for summary judgment filed at Docket entry 54. While the Third Amended Complaint does not alter the facts or the causes of action and the Court continued the pretrial and trial dates for purposes of considering the motion for summary judgment (Doc. 75), the defendant files this renewed motion out of an abundance of caution so the pending motion is directed at the new Complaint.

Dated:   June 15, 2018					Respectfully submitted,

							MARIA CHAPA LOPEZ
							United States Attorney

		By:	/s/ Scott H. Park
			SCOTT H. PARK
			Assistant United States Attorney
			Identifying No. USA084
			400 W. Washington Street, Suite 3100
			Orlando, Florida 32801
			Telephone No: (407) 648-7543
			Fax No.: (407) 648-7588
			Email:   Scott.Park@usdoj.gov

			LINDSAY SAXE GRIFFIN
			Assistant United States Attorney
			Florida Bar No. 72761
			400 N. Tampa Street, Suite 3200
			Tampa, Florida 33602
			Telephone No.: (813) 274-6000
			Fax No.: (813) 274-6198
			Email:   lindsay.griffin@usdoj.gov

**Certificate of Service**

I HEREBY CERTIFY that on June 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant:

Joseph D. Magri
Merkle Magri
5601 Mariner Street, Suite 400
Tampa, FL 33609
Email: jmagri@merklemagri.com

					/s/ Scott H. Park
					Assistant U. S. Attorney

2