UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIN TONKYRO,
DANA STRAUSER,
KARA MITCHELL-DAVIS,
YENNY HERNANDEZ,                                    Case No. 8:16-cv-2419-T-36AEP

      Plaintiffs,

v.

PETER M. O'ROURKE, ACTING SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

      Defendant.
_____/

## **PLAINTIFFS' NOTICE OF APPEAL**

NOTICE is hereby given that the Plaintiffs, Erin Tonkyro, Dana Strauser, Kara Mitchell-Davis and Yenny Hernandez, appeal to the United States Court of Appeals the following Order and Judgment in the above-styled case:

1. The court's Order dated November 7, 2018 (Doc. 99) granting Defendant's Motion for Summary Judgment (Doc. 54; Doc. 85).

2. The Judgment entered in favor of the Defendant on November 8, 2018 (Doc. 100).

      Respectfully submitted,

*/s/   Joseph D. Magri*
Joseph D. Magri
Florida Bar No.: 0814490
Merkle & Magri, P.A.
5601 Mariner St., Suite 400
Tampa, FL 33609-3452
Tel.: (813) 281-9000
Fax.: (813) 281-2223
Email: jmagri@merklemagri.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing on this 2nd day of January, 2019 to:

    Maria Chapa Lopez
    United States Attorney
    Scott Park
    Lindsay Griffin
    Assistant United States Attorneys
    400 W. Washington Street, Suite 3100
    Orlando, FL 32801
    Scott.park@usdoj.gov
    Lindsay.griffin@usdoj.gov
    Attorneys for Defendant

                                          */s/ Joseph D. Magri*
                                          Joseph D. Magri